# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

156150(52)

JOSHUA WADE,
        Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN,
        Defendant-Appellee.

SC: 156150
COA: 330555
Ct of Claims: 15-000129-MZ

_____/

On order of the Chief Justice, the joint motion of the Fair Housing Center of Southeast and Mid-Michigan, the Fair Housing Center of Southwest Michigan, and the Fair Housing Center of West Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 22, 2021, is accepted for filing. .



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2021



Clerk